E-FILED
JAN 1 0 2020
Document#_____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALBERTO LORENZO APARICIO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMERIGAS PROPANE, INC. a Pennsylvania corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:18-CV-07306-PSG-JEM<br><br>[The Honorable Philip S. Gutierrez]<br><br>**[PROPOSED] JUDGMENT**<br><br>DATE: December 16, 2019<br>TIME: 1:30 p.m.<br>CTRM.: 6A<br><br>Complaint Filed: August 20, 2018<br>Trial Date: January 21, 2020 |

1 | The Motion for Summary Judgment or, Alternatively, Summary Adjudication ("Motion") filed by Defendant AmeriGas Propane, Inc. ("Defendant") came on for hearing on December 16, 2019, at 1:30 p.m., the Honorable Philip S. Gutierrez presiding.

Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motion, and having reviewed and considered the arguments of counsel, and finding that there are no triable issues of material fact as to any of Plaintiff Jose Alberto Lorenzo Aparicio's ("Plaintiff" or "Aparicio") claims.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**. Aparicio failed to establish a genuine issue of material fact as to his causes of action for: (1) retaliation in violation of the FEHA; (2) retaliation in violation of Labor Code Section 1102.5; (3) retaliation in violation of Labor Code Section 6310; (4) wrongful termination in violation of Labor Code Section 232.5(c); (5) wrongful termination in violation of public policy.

Plaintiff's claims in this action are therefore dismissed with prejudice, and judgment entered in favor of Defendant.

**IT IS SO ORDERED.**

Dated: 1/10/2020, ~~2019~~

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE